## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Matthew W. Sheriff,<br>    vs.<br>Bridgford Foods Corporation, Bridgford Foods Corporation Group Welfare Plan, Cigna Corporation, Connecticut General Life Insurance Company and United Group Programs, Inc. | Case Number: 08 cv 3570 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Matthew W. Sheriff

| |
|---|
| NAME (Type or print)<br>Tracey L. Wolfe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Tracey L. Wolfe |
| FIRM<br>DeGrand & Wolfe, P.C. |
| STREET ADDRESS<br>20 South Clark Street, Suite 2620 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256877 | TELEPHONE NUMBER<br>(312) 236-9200 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |