## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08 cv 3570

Matthew W. Sheriff,
   vs.
Bridgford Foods Corporation, Bridgford Foods Corporation Group Welfare Plan, Cigna Corporation, Connecticut General Life Insurance Company and United Group Programs, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Matthew W. Sheriff

| NAME (Type or print) |
| --- |
| Teresa F. Frisbie |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Teresa F. Frisbie |

| FIRM |
| --- |
| DeGrand & Wolfe, P.C. |

| STREET ADDRESS |
| --- |
| 20 South Clark Street, Suite 2620 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6194018 | (312) 236-9200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |