U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 2008-cv-3570

Matthew W. Sheriff v. Cigna Corporation and Connecticut
General Life Insurance Company


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CIGNA CORPORATION and CONNECTICUT GENERAL LIFE INSURANCE COMPANY


| | |
|---|---|
| NAME (Type or print) <br> Rebecca M. Rothmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rebecca M. Rothmann | |
| FIRM <br> Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDRESS <br> 120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602-2412 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6236791 | TELEPHONE NUMBER <br> (312)-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |