THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF,<br><br>     Plaintiff,<br><br> v.<br><br>BRIDGEFORD FOODS CORPORATION, BRIDGEFORD FOODS CORPORATION GROUP WELFARE PLAN, CIGNA CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and UNITED GROUP PROGRAMS, INC.<br><br>     Defendants. | Case No. 1:08-cv-03570<br><br>**Hon. Joan B. Gottschall**<br>**Magistrate Judge Morton Denlow** |

### DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

Defendants CIGNA Corporation and Connecticut General Life Insurance Company (collectively "Defendants"), by their undersigned counsel, move this Honorable Court for an enlargement of time in which to file their responsive pleadings to Plaintiff Matthew W. Sheriff's ("Plaintiff") Complaint, and in support thereof state as follows:

1. On June 24, 2008, Plaintiff served Defendants through the Illinois Department of Financial and Professional Relations with his Complaint.

2. Counsel for Defendants was recently retained, and is currently investigating the allegations contained in the Complaint and gathering documents relevant to the Complaint, but requires an additional thirty (30) days to file their responsive pleadings to Plaintiff's Complaint.

3. Counsel for Defendants, Edna S. Bailey, contacted Counsel for Plaintiff, Tracey L. Wolfe, on July 10, 2008, requesting an extension of time to file Defendants' responsive pleadings, and Plaintiff's Counsel agreed to an extension of thirty (30) days.

503423.2

4.	Plaintiff will not be prejudiced by the grant of an extension of time to answer or otherwise plead to Defendants.

WHEREFORE, Defendants CIGNA Corporation and Connecticut General Life Insurance Company respectfully request that this Honorable Court grant them a thirty (30) day extension to file their responsive pleadings to Plaintiff's Complaint.

Respectfully Submitted,

**CIGNA CORPORATION and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendants**

By:   */s/ Edna S. Bailey*
       One of their attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 12, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

*Attorneys for Plaintiff*
Luke DeGrand
Tracey L. Wolfe
Teresa F. Frisbie
DEGRAND & WOLFE, P.C.
20 South Clark Street, Suite 2620
Chicago, IL 60603

Parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey

503423.2