**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of MATTHEW W. SHERIFF         Case Number:   08 CV 3570

Vs.

BRIDGFORD FOODS CORPORATION, BRIDGFORD FOODS CORPORATION GROUP WELFARE PLAN, CIGNA CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and UNITED GROUP PROGRAMS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

UNITED GROUP PROGRAMS, INC.

| | |
|---|---|
| NAME (Type or print) EDWARD C. EBERSPACHER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Edward C. Eberspacher | |
| FIRM  O'Hagan Spencer, LLC | |
| STREET ADDRESS  One East Wacker Drive, Suite 3400 | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286085 | TELEPHONE NUMBER  (312) 422-6100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                APPOINTED COUNSEL | |

Case 1:08-cv-03570   Document 15   Filed 07/14/2008   Page 2 of 2