File No. Pending-DBM

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 CV 3570 |
| ) | |
| BRIDGFORD FOODS CORPORATION, ) | Judge Gottschall |
| BRIDGEFORD FOODS CORPORATION GROUP,) | |
| WELFARE PLAN, CIGNA CORPORATION ) | Magistrate Judge Denlow |
| CONNECTICUT GENERAL LIFE INSURANCE, ) | |
| COMPANY, and UNITED GROUP PROGRAMS, ) | |
| INC., ) | |
| Defendants. ) | |

### NOTICE OF FILING

I hereby certify that on the 14th day of July, 2008 the ***Appearance of Edward Eberspacher*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Luke DeGrand
Tracey L. Wolfe
Teresa F. Frisbie
DeGrand & Wolfe, P.C.
20 South Clark Street
Suite 2620
Chicago, Illinois 60603
ldegrand@degrandwolfe.com

Daniel J. McMahon
Rebecca M. Rothmann
Edna S. Bailey
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N. LaSalle St. - Suite 2600
Chicago, IL 60602

                                             Respectfully submitted,

                                             Defendant, United Group Programs, Inc.

                                             By:  s/ Edward C. Eberspacher_____
                                                      One of their attorneys

Edward C. Eberspacher          ARDC # 6286085
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:     312.422.6100
FAX:   312.422.6110
teberspacher@ohaganspencer.com

2

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT OF SERVICE

I,  Enedina Almendarez , after being first duly sworn on oath, depose and state that I served this Certificate of Service, together with the appearance, to the above-named party as indicated above prior to 5:00 p.m. on  July 14, 2008..

                                               s/ Enedina Almendarez