File No.: 21218

THE UNITED STATS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF,           ) | |
|            ) | |
|   Plaintiff,            ) | |
|            ) | |
| vs.                           ) | Case No.: 08 CV 03570 |
|            ) | |
| BRIDGFORD FORDS CORPORTATION  ) | Hon. Joan B. Gottschall |
| BRIDGFORD FOODS CORPORATION   ) | Magistrate Judge Morton Denlow |
| GROUP WELFARE PLAN, CIGNA     ) | |
| CORPORATION, CONNECTICUT      ) | |
| GENERAL LIFE INSURANCE COMPANY) | |
| And UNITED GROUP PROGRAMS, INC.) | |
|   Defendants.          ) | |

**UNITED GROUP PROGRAM, INC.'S UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

  The Defendant, United Group Programs, Inc., through counsel, O'Hagan Spencer LLC, respectfully requests that this Court enlarge the time within which this Defendant must file a pleading responsive to the Plaintiff's Complaint. In support of this Motion, this Defendant states:

1. On June 23 2008, the Plaintiff filed his Complaint.

2. He thereafter sent Summons and Complaint to this Defendant along with a request for waiver of service pursuant to Federal Rule of Civil Procedure 4.

3. While this Defendant did not execute the Rule 4 Waiver, this Defendant voluntarily appeared on July 14 2008 without requiring formal service of process.

4. This Defendant is currently gathering documents and information that will allow it to faithfully respond to the Complaint and requests until August 29 2008 to file its pleading responsive to the Complaint.

5.  Counsel for this Defendant contacted counsel for the Plaintiff, Tracey Wolfe, on July 22 2008 and Ms. Wolfe agreed to this enlargement and thus will not be prejudiced by it.

Wherefore, the Defendant, United Group Programs, Inc., requests that this Court enlarge the time within which it must file its pleadings responsive to the Plaintiff's Complaint to August 29 2008.

Dated: <u>July 23 2008</u>.

                                        Respectfully Submitted,

                              By:     s/ Daniel B. Meyer_____
                                        Daniel B. Meyer
                                        Counsel to United Group Programs, Inc.

Daniel B. Meyer
Edward C. Eberspacher
O'Hagan Spencer LLC
One East Wacker Drive
Suite 3400
Chicago, Illinois 60601
T – 312.422.6100
F – 312.422.6110