File No. 21218-DBM

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW W. SHERIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 CV 3570 |
| | ) | |
| BRIDGFORD FOODS CORPORATION, | ) | Judge Gottschall |
| BRIDGEFORD FOODS CORPORATION GROUP,) | | |
| WELFARE PLAN, CIGNA CORPORATION | ) | Magistrate Judge Denlow |
| CONNECTICUT GENERAL LIFE INSURANCE, | ) | |
| COMPANY, and UNITED GROUP PROGRAMS, | ) | |
| INC., | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Attorneys for Plaintiff
       Luke DeGrand
       Tracey L. Wolfe
       Teresa F. Frisbie
       DeGrand & Wolfe, P.C.
       20 South Clark Street
       Suite 2620
       Chicago, Illinois 60603
       ldegrand@degrandwolfe.com

PLEASE TAKE NOTICE that on the 31[th] day of July 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before Honorable Joan B. Gottschall in Room 2325 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's United Group Program, Inc's Unopposed Motion to Enlarge Time Within Which to Respond to Complaint, a copy of which is attached and hereby served upon you.

Respectfully submitted,

Defendant, United Group Programs, Inc.

By:  s/ Daniel B. Meyer
       One of their attorneys

Daniel B. Meyer          ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:     312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 23, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

Mr. Luke DeGrand
Ms. Tracey Wolfe
Ms. Teresa Frisbie
DeGrand & Wolfe PC
20 South Clark Street - Suite 2620
Chicago, Illinois 60603

Mr. Daniel McMahon
Ms. Rebecca Rothmann
Ms. Edna Bailey
Wilson Elser Moskowitz Edelman & Dicker LLP
120 North LaSalle Street - Suite 2600
Chicago, Illinois 60602

Parties may access this filing through the Court's system.

__s/ Daniel B. Meyer_____