## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Matthew W. Sheriff

                                    Plaintiff,

v.                                                           Case No.: 1:08−cv−03570
                                                                 Honorable Joan B. Gottschall

Bridgeford Foods Corporation, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion by Defendants CIGNA Corp and Connecticut General Life Insurance Co. for 30 day extension of time to answer [11] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.