**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Matthew W. Sheriff
            Plaintiff,

v.                  Case No.: 1:08−cv−03570
                  Honorable Joan B. Gottschall

Bridgeford Foods Corporation, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall: United Group Program, Inc's unopposed motion to enlarge time within which to respond to complaint on or before 8/29/2008 [17] is granted. ( Status hearing set 8/13/2008 is stricken and reset for 9/10/2008 at 09:30 AM.) Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.