THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF,<br><br>                    Plaintiff,<br><br>v.<br><br>BRIDGEFORD FOODS CORPORATION, BRIDGEFORD FOODS CORPORATION GROUP WELFARE PLAN, CIGNA CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and UNITED GROUP PROGRAMS, INC.<br><br>                    Defendants. | Case No. 1:08-cv-03570<br><br>**Hon. Joan B. Gottschall**<br>**Magistrate Judge Morton Denlow** |

## DEFENDANTS' UNOPPOSED MOTION FOR A SECOND ENLARGEMENT OF TIME IN WHICH TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

Defendants CIGNA Corporation and Connecticut General Life Insurance Company (collectively "Defendants"), by their undersigned counsel, move this Honorable Court for a second enlargement of time in which to file their responsive pleadings to Plaintiff Matthew W. Sheriff's ("Plaintiff") Complaint, and in support thereof state as follows:

1. On June 24, 2008, Plaintiff served Defendants through the Illinois Department of Financial and Professional Relations with his Complaint. Defendants' responsive pleading became due July 14, 2008. On July 12, 2008, Defendants moved for an enlargement of time in which to file their responsive pleadings, which was granted on July 24, 2008.

2. Defendants and Plaintiff, through their respective counsel, have since then commenced discussions relative to a dismissal of Defendant CIGNA Corporation. The discussions are continuing and to not incur unnecessary expenses and engage in unnecessary motion practice, Defendants ask for an additional thirty (30) days to complete discussions and/or prepare the necessary responsive pleadings to Plaintiff's Complaint.

511201.1

3. Counsel for Defendants, Edna S. Bailey, contacted Counsel for Plaintiff, Tracey L. Wolfe, on August 12, 2008, requesting her agreement to the extension of time to file Defendants' responsive pleadings, and Plaintiff's Counsel has no objection to same.

4. Plaintiff will not be prejudiced by the grant of an extension of time to answer or otherwise plead to Defendants.

WHEREFORE, Defendants CIGNA Corporation and Connecticut General Life Insurance Company respectfully request that this Honorable Court grant them an additional thirty (30) day extension to file their responsive pleadings to Plaintiff's Complaint.

Respectfully Submitted,

**CIGNA CORPORATION and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendants**

By:   */s/ Edna S. Bailey*
       One of their attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522

511201.1

3

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 13, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorneys for Plaintiff***
Luke DeGrand
Tracey L. Wolfe
Teresa F. Frisbie
DEGRAND & WOLFE, P.C.
20 South Clark Street, Suite 2620
Chicago, IL 60603

***Attorneys for Defendant***
***United Group Programs, Inc.***
Daniel B. Meyer
Edward C. Eberspacher, IV
O'Hagan Spencer, L.L.C.
One East Wacker Drive
Suite 3400
Chicago, IL 60601

      Parties may access this filing through the Court's system.

                                         */s/ Edna S. Bailey*
                                           Edna S. Bailey

511201.1