THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MATTHEW W. SHERIFF,

                Plaintiff,

    v.

BRIDGEFORD FOODS CORPORATION,
BRIDGEFORD FOODS CORPORATION
GROUP WELFARE PLAN, CIGNA
CORPORATION, CONNECTICUT
GENERAL LIFE INSURANCE COMPANY,
and UNITED GROUP PROGRAMS, INC.

                Defendants.

Case No. 1:08-cv-03570

**Hon. Joan B. Gottschall
Magistrate Judge Morton Denlow**

## NOTICE OF MOTION

To:    ***Attorneys for Plaintiff***
       Luke DeGrand
       Tracey L. Wolfe
       Teresa F. Frisbie
       DEGRAND & WOLFE, P.C.
       20 South Clark Street, Suite 2620
       Chicago, IL 60603

***Attorneys for Defendant
United Group Programs, Inc.***
Daniel B. Meyer
Edward C. Eberspacher, IV
O'Hagan Spencer, L.L.C.
One East Wacker Drive
Suite 3400
Chicago, IL 60601

      **PLEASE TAKE NOTICE** that on the 4th day of September 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Room 2325 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Defendants CIGNA Corporation and Connecticut General Life Insurance Company's Unopposed Motion for a Second Enlargement of Time in which to file their Responsive Pleadings to Plaintiff's Complaint,*** a copy of which is attached and hereby served upon you.

                Respectfully Submitted,

                **CIGNA CORPORATION and CONNECTICUT
                GENERAL LIFE INSURANCE COMPANY,
                Defendants**

                By:    */s/ Edna S. Bailey*
                        One of their attorneys

Daniel J. McMahon

511211.1

Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on August 13, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorneys for Plaintiff***
Luke DeGrand
Tracey L. Wolfe
Teresa F. Frisbie
DEGRAND & WOLFE, P.C.
20 South Clark Street, Suite 2620
Chicago, IL 60603

***Attorneys for Defendant***
***United Group Programs, Inc.***
Daniel B. Meyer
Edward C. Eberspacher, IV
O'Hagan Spencer, L.L.C.
One East Wacker Drive
Suite 3400
Chicago, IL 60601

Parties may access this filing through the Court's system.

                              */s/ Edna S. Bailey*
                              Edna S. Bailey

511211.1