File No.: 21218

# THE UNITED STATS DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BRIDGFORD FORDS CORPORTATION )<br>BRIDGFORD FOODS CORPORATION )<br>GROUP WELFARE PLAN, CIGNA )<br>CORPORATION, CONNECTICUT )<br>GENERAL LIFE INSURANCE COMPANY )<br>And UNITED GROUP PROGRAMS, INC. )<br>    Defendants. ) | Case No.: 08 CV 03570<br><br>Hon. Joan B. Gottschall<br>Magistrate Judge Morton Denlow |

## UNITED GROUP PROGRAM, INC.'S UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT

The Defendant, United Group Programs, Inc., through counsel, O'Hagan Spencer LLC, respectfully requests that this Court enlarge the time within which this Defendant must file a pleading responsive to the Plaintiff's Complaint. In support of this Motion, this Defendant states:

1. On June 23 2008, the Plaintiff filed his Complaint.

2. He thereafter sent Summons and Complaint to this Defendant along with a request for waiver of service pursuant to Federal Rule of Civil Procedure 4.

3. While this Defendant did not execute the Rule 4 Waiver, this Defendant voluntarily appeared on July 14 2008 without requiring formal service of process.

4. On July 23 2008, this Defendant filed a Motion to Enlarge its response time, stating that it was gathering documents and information that would allow it to answer or otherwise

plead to the Plaintiff's Complaint.  This Court granted that Motion, giving this Defendant until August 29 2008 to answer or otherwise plead to the Plaintiff's Complaint.

5. This Defendant has since gathered such documents and information, and discussions about resolving the litigation vis-à-vis this Defendant are beginning.

6. So as to not unnecessarily increase the costs of this litigation to the parties and to not burden the Court with motions or other pleadings, this Defendant requests that the Court extend the time within which it must respond to the Plaintiff's Complaint, through September 30 2008.

7. Counsel for this Defendant contacted counsel for the Plaintiff, Tracey Wolfe, on August 28 2008 and Ms. Wolfe agreed to this enlargement and thus will not be prejudiced by it.

Wherefore, the Defendant, United Group Programs, Inc., requests that this Court enlarge the time within which it must file its pleadings responsive to the Plaintiff's Complaint to September 30 2008.

Dated: August 28 2008.

Respectfully Submitted,

By:    s/ Daniel B. Meyer
Daniel B. Meyer
Counsel to United Group Programs, Inc.

Daniel B. Meyer
Edward C. Eberspacher
O'Hagan Spencer LLC
One East Wacker Drive
Suite 3400
Chicago, Illinois 60601
T – 312.422.6100
F – 312.422.6110