File No. 21218-DBM

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. SHERIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 CV 3570 |
| ) | |
| BRIDGFORD FOODS CORPORATION, ) | Judge Gottschall |
| BRIDGEFORD FOODS CORPORATION GROUP,) | |
| WELFARE PLAN, CIGNA CORPORATION ) | Magistrate Judge Denlow |
| CONNECTICUT GENERAL LIFE INSURANCE, ) | |
| COMPANY, and UNITED GROUP PROGRAMS, ) | |
| INC., ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Attorneys for Plaintiff
    Luke DeGrand
    Tracey L. Wolfe
    Teresa F. Frisbie
    DeGrand & Wolfe, P.C.
    20 South Clark Street
    Suite 2620
    Chicago, Illinois 60603
    ldegrand@degrandwolfe.com

   PLEASE TAKE NOTICE that on the 4th day of September 2008 at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before Honorable Joan B. Gottschall in Room 2325 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's United Group Program, Inc's Unopposed Motion to Enlarge Time Within Which to Respond to Complaint, a copy of which is attached and hereby served upon you.

             Respectfully submitted,

             Defendant, United Group Programs, Inc.

             By: s/ Daniel B. Meyer
                One of their attorneys

Daniel B. Meyer        ARDC #6237685
O'HAGAN SPENCER, LLC
One East. Wacker Drive - Suite 3400
Chicago, IL  60601
PH:    312.422.6100
FAX:  312.422.6110
dmeyer@ohaganspencer.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 28, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

Mr. Luke DeGrand
Ms. Tracey Wolfe
Ms. Teresa Frisbie
DeGrand & Wolfe PC
20 South Clark Street - Suite 2620
Chicago, Illinois 60603

Mr. Daniel McMahon
Ms. Rebecca Rothmann
Ms. Edna Bailey
Wilson Elser Moskowitz Edelman & Dicker LLP
120 North LaSalle Street - Suite 2600
Chicago, Illinois 60602


Parties may access this filing through the Court's system.

              __s/ Daniel B. Meyer_____